COPY

1   Dennis Wilson (Bar No. 155407)
    E-Mail: dwilson@kmwlaw.com
2   David K. Caplan (Bar No. 181174)
    E-Mail: dcaplan@kmwlaw.com
3   Tara D. Rose (Bar No. 256079)
    E-Mail: trose@kmwlaw.com
4   KEATS McFARLAND & WILSON LLP
    9720 Wilshire Boulevard
5   Penthouse Suite
    Beverly Hills, California 90212
6   Telephone: (310) 248-3830
    Facsimile: (310) 860-0363
7
    Attorneys for Plaintiff
8   ZYNGA GAME NETWORK INC.

9

10                 UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12                      WESTERN DIVISION

13

14   ZYNGA GAME NETWORK INC., a        CASE NO. CV 10-2576 CBM
     Delaware Corporation,                        (JCx)
15
                     Plaintiff,         COMPLAINT FOR:
16
           v.                           (1) COPYRIGHT INFRINGEMENT
17                                          (17 U.S.C. § 501);
     PLAYERAUCTIONS.COM, an             (2) CONTRIBUTORY COPYRIGHT
18   unknown business entity,               INFRINGEMENT;
                     Defendant.         (3) VICARIOUS COPYRIGHT
19                                          INFRINGEMENT;
                                        (4) FALSE DESIGNATION OF
20                                          ORIGIN (15 U.S.C. § 1125(a));
                                        (5) UNFAIR COMPETITION (CAL.
21                                          BUS. & PROF. CODE § 17200);
                                        (6) STATE COMMON LAW
22                                          TRADEMARK INFRINGEMENT;
                                        (7) COMMON LAW PASSING OFF
23                                          AND UNFAIR COMPETITION;
                                        (8) INTENTIONAL INTERFERENCE
24                                          WITH CONTRACTUAL
                                            RELATIONS
25
                                        DEMAND FOR JURY TRIAL
26

27

28
                                        CASE NO._____
                                                      COMPLAINT

Plaintiff Zynga Game Network Inc. ("Zynga") brings this Complaint against defendant PLAYERAUCTIONS.COM ("Defendant") for injunctive relief and damages under the laws of the United States and the State of California.

### Nature of the Action

1.     This is an action for direct, contributory, and vicarious copyright infringement in violation of the United States Copyright Act, 17 U.S.C. § 501; violation of the federal Lanham Act, 15 U.S.C. §§ 1125(a); violation of the California statutory law of unfair competition, Cal. Bus. & Prof. Code § 17200; California common law trademark infringement, passing off and unfair competition; and for intentional interference with contractual relations.

### The Parties

2.     Plaintiff Zynga is a corporation organized and existing under the laws of the State of Delaware and has its principal place of business in San Francisco, California.

3.     On information and belief, Defendant PLAYERAUCTIONS.COM is an unknown business entity, having its principal place of business in Los Angeles, California.  Zynga is unaware of the state of organization or incorporation, if any, of Defendant PLAYERAUCTIONS.COM.

### Jurisdiction and Venue

4.     This action arises under the copyright laws of the United States, 17 U.S.C. § 101, *et seq.*, the trademark laws of the United States, 15 U.S.C. § 1051, *et seq.*, particularly under 15 U.S.C. §§ 1125(a); state unfair competition law; the common law of trademark infringement, passing off and unfair competition; and the common law of intentional interference with contractual relations.  This Court has jurisdiction of the federal claims under 28 U.S.C. §§ 1331 and 1338, and 15 U.S.C. §§ 1116, 1121, and 1125.  This Court has supplemental jurisdiction of the state unfair competition claims under 28 U.S.C. § 1338(b), those claims being joined with a substantial and related claim under the Trademark Laws of the United States, and

supplemental jurisdiction of all of the state law claims under 28 U.S.C. § 1367(a), those claims being so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative fact.

5.   Venue is proper in this district under 28 U.S.C. §§ 1391(b)(2).

### Factual Allegations

6.   Zynga is the largest social gaming company, providing, *inter alia*, online poker games, word games, board games, role playing games and party games, including but not limited to Zynga Poker, Mafia Wars, YoVille, FarmVille, Café World, Vampires, Street Racing, Scramble and Word Twist.  Zynga's games are available on Facebook, MySpace, Bebo, Hi5, Friendster, Tagged, Yahoo!, the iPhone and iPod Touch, among others.

7.   Zynga's games have been a runaway success.  In July, 2008, Zynga had over 1.3 million daily active users and 20 million registered users.  As of January 1, 2009, Zynga had over 75 million registered users.  As of May 2009, Zynga had more than 9.5 million daily users.  Today, Zynga has over 100 million unique users playing its games each month.

8.   Some of Zynga's most popular properties include Zynga Poker, Mafia Wars, FarmVille and YoVille.

9.   Zynga Poker is a computerized version of the world famous Texas Hold'Em Poker game for use on wireless devices and computers.

10.   Zynga coined the trademark and service mark ZYNGA and has made use of the mark ZYNGA in commerce since June 2007.

11.   Zynga owns United States Federal Trademark Registration No. 3,685,749 for the mark ZYNGA in International Class 009 for downloadable computer game software for use on wireless devices and computers, and International Class 041 for entertainment services, namely providing on-line computer games.  A true and correct copy of federal Trademark Registration Certificate 3,685,749 is attached hereto as Exhibit 1.

CASE NO._____

COMPLAINT

1    12.    Zynga Poker is the subject of registration VA0001649268 and

2    TXu001611885 in the United States Copyright Office.  True and correct records

3    reflecting these registrations are attached hereto as Exhibits 2 and 3.

4    13.    Mafia Wars is a computer game for use on wireless devices and

5    computers that allows users to start a virtual Mafia family with their friends and

6    compete to become the most powerful family.

7    14.    Zynga coined the service mark MAFIAWARS and has made use of the

8    service mark MAFIA WARS in commerce since September 2008.  Zynga coined the

9    trademark MAFIAWARS and has made use of the trademark MAFIA WARS in

10   commerce since April 2009.

11   15.    Zynga currently owns United States Federal Trademark Application

12   Serial No. 77772110 for the mark MAFIA WARS in International Class 009 for

13   downloadable computer game software for use on wireless devices and computers,

14   and International Class 041 for entertainment services, namely, providing on-line

15   computer games.

16   16.    Mafia Wars is the subject of registration TX0006911230 in the United

17   States Copyright Office.  A true and correct record reflecting this registration is

18   attached hereto as Exhibit 4.

19   17.    FarmVille is a computer game for use on wireless devices and computers

20   that allows users to virtually "farm" with their friends by planting crops and raising

21   farm animals.

22   18.    Zynga coined the trademark and service mark FARMVILLE and has

23   made use of the mark in commerce since June 19, 2009.

24   19.    Zynga currently owns United States Federal Trademark Application

25   Serial No. 77804837 for the word mark FARMVILLE in International Class 009 for

26   downloadable computer software for use on wireless devices and computers, and

27   International Class 041 for entertainment services, namely, providing on-line

28   computer games.

CASE NO._____

COMPLAINT

20.   Zynga also owns United States Federal Trademark Application Serial No. 77798840 for the FARMVILLE BY ZYNGA design mark in International Class 009 for downloadable computer software for use on wireless devices and computers, and International Class 041 for entertainment services, namely, providing on-line computer games.

21.   FarmVille is the subject of registrations TXu001610517 and TX0006960171 in the United States Copyright Office.  True and correct records reflecting these registrations are attached hereto as Exhibits 5 and 6.

22.   YoVille is a computer game for use on wireless devices and computers that allows users to hang out with their friends in a virtual world, playing games and chatting in the virtual world that users help to build.

23.   Zynga coined the trademark and service mark YOVILLE and has made use of the mark in commerce since May 5, 2008.

24.   Zynga currently owns United States Federal Trademark Application Serial No. 77678316 for the mark YOVILLE in International Class 009 for downloadable computer game software for use on wireless devices and computers, and International Class 041 for entertainment services, namely, providing on-line computer games.

25.   The marks ZYNGA, MAFIA WARS, FARMVILLE, and YOVILLE (the "Marks) are inherently distinctive, and furthermore, by virtue of the extensive online sales and advertising under the Marks, the Marks have become well-known within social gaming circles as a source identifier for the Zynga Poker, Mafia Wars, FarmVille, and YoVille games (the "Games").

26.   Zynga makes the Games available through social networking websites and applications (collectively "Providers"), including but not limited to those identified in Paragraph 6 above.

//

//

27.     Zynga owns or leases the computer servers that players must access in order to play the Games.  Zynga grants players who participate in the Games a revocable license to access its servers for the purpose of playing the Games.

28.     Zynga's Terms of Service govern users' play of the Games, and players who use the Games must consent to the Terms of Service.

29.     Players who use the Games in a manner not expressly authorized by Zynga, including without limitation in violation of the Terms of Service, are not authorized to participate in the Games, or to access Zynga's servers.

30.     When users sign up with Zynga to play the Games, they receive a certain amount of "Virtual Currency," including, but not limited to, chips, coins, cash and/or points that they use to compete in the Games with other players using the Providers' sites and/or applications.  Players can increase their total amount of "Virtual Currency" through their play, and can also purchase "Virtual Currency" from Zynga.

31.     Players can use "Virtual Currency" to purchase various virtual, in-game digital items ("Virtual Goods") in the Games.

32.     Zynga grants players a limited, revocable license to use the "Virtual Currency" or "Virtual Goods" while playing the Games, but retains sole and exclusive ownership of the "Virtual Currency" or "Virtual Goods" and the source code that allows the "Virtual Currency" or "Virtual Goods" to be used in the Games.

33.     Zynga has not authorized any third party to sell the "Virtual Currency" or "Virtual Goods" required to play the Games.

34.     Among other things, the Terms of Service that govern users' play of the Games prohibit users from selling "Virtual Currency" or "Virtual Goods" for real-world money or otherwise exchanging "Virtual Currency" or "Virtual Goods" for anything of value outside the Games.

35.     Defendant operates a website at the Internet domain name PLAYERAUCTIONS.COM (the "Website" or the "Domain Name").

CASE NO._____

COMPLAINT

36.     Through the Website, without Zynga's authorization or approval, Defendant allows sellers to post and "sell" "Virtual Currency" or "Virtual Goods" that users, playing the Games through the Providers' websites and/or applications, can use to compete with other players who obtained their "Virtual Currency" or "Virtual Goods" directly from Zynga.

37.     Defendant advertises the offers for sale and sale of the "Virtual Currency" and "Virtual Goods" using the Marks.

38.     Defendant profits from sales of the "Virtual Currency" and "Virtual Goods" using the Marks.

39.     The Virtual Currency" and "Virtual Goods" for use in the Games "sold" using Defendant's services are sold for real-world money, and at prices that are substantially lower than the prices paid by users who obtain their "Virtual Currency" or "Virtual Goods" from Zynga.

40.     With Defendant's knowledge, Defendant's sellers have used the Games themselves as part of Defendants' scheme, transferring the "Virtual Currency" or "Virtual Goods" during game play in contravention of the Games' Terms of Service and/or security measures, and in violation of the license they received from Zynga to participate in the Games.

41.     Zynga has never authorized Defendant to use the Marks, or to advertise or assist in the sale of "Virtual Currency" or "Virtual Goods" for use in the Games, nor has Zynga authorized Defendant or users of Defendant's services to use the Games to transfer "Virtual Currency" or "Virtual Goods" that are "sold" through the Website.

42.     Defendant and users of its Website advertise and sell the "Virtual Currency" and "Virtual Goods" using copyrighted images from Zynga Poker, Mafia Wars and FarmVille via the Website.

43.     Zynga has never authorized Defendant or users of its Website to use images from Zynga Poker, Mafia Wars and FarmVille computer files.

44.     Zynga is informed and believes, and on this basis alleges, that Defendant has infringed Zynga's copyrights in the Zynga Poker, Mafia Wars and FarmVille computer games by displaying and/or reproducing images and code from the Games without authorization from Zynga.  Defendant has acted with willful disregard of Plaintiff's copyrights and Plaintiff has sustained substantial damage as a result thereof.

## FIRST CAUSE OF ACTION
### (Federal Copyright Infringement)
### (17 U.S.C. § 501)

45.     Zynga repeats, realleges and incorporates each and every allegation of the foregoing paragraphs, as though fully set forth in this cause of action.

46.     At all relevant times, Zynga has owned all applicable rights, titles and interest in and to the Zynga Poker, Mafia Wars and FarmVille games.

47.     Zynga has complied in all respects with Title 17 of the United States Code, secured the exclusive rights and privileges in and to the above referenced copyrights, and in compliance with the law has received from the Register of Copyrights the appropriate certificates of registration, which constitute prima facie evidence of the validity of the copyrights and of the facts stated in the certificates.

48.     Defendant has infringed and continues to infringe Plaintiff's copyrights by copying, using, distributing and reproducing images from Zynga Poker, Mafia Wars and FarmVille without the consent of Plaintiff and in complete disregard of Plaintiff's exclusive rights under copyright.

49.     Defendant has acted with full knowledge of Plaintiff's rights under copyright without regard for the damage to Plaintiff created by Defendant's activities. Defendant's actions demonstrate an intentional, willful, and malicious intent to infringe upon Plaintiff's copyrights to the great and irreparable injury to Plaintiff.

50.     Defendant has unlawfully and wrongfully derived, and will continue to derive, income and profits from its infringing acts.

CASE NO._____
COMPLAINT

51.   Plaintiff has no adequate remedy at law.  The said conduct of Defendant has caused and, if not enjoined, will continue to cause irreparable damage to the rights of Plaintiff.  As a result of the Defendant's wrongful conduct, Plaintiff is entitled to injunctive relief and damages in an amount to be proven at trial.

## SECOND CAUSE OF ACTION

### (Contributory Copyright Infringement)

52.   Zynga repeats, realleges and incorporates each and every allegation of the foregoing paragraphs, as though fully set forth in this cause of action.

53.   Numerous individuals and entities directly infringed Plaintiff's copyrighted works.

54.   Defendant induced, caused and materially contributed to the infringing acts of others by encouraging, inducing, allowing and assisting others to reproduce and distribute Plaintiff's copyrighted works.

55.   Defendant had actual and constructive knowledge of the infringing acts relating to Plaintiff's copyrighted works.

56.   Defendant's acts of infringement have been intentional, willful, and purposeful, in disregard of and indifferent to the rights of Plaintiff.

57.   Defendant has unlawfully and wrongfully derived, and will continue to derive, income and profits from its infringing acts.

58.   Plaintiff has no adequate remedy at law.  The said conduct of Defendant has caused and, if not enjoined, will continue to cause irreparable damage to the rights of Plaintiff.  As a result of the Defendant's wrongful conduct, Plaintiff is entitled to injunctive relief and damages in an amount to be proven at trial.

59.   The acts and conduct of Defendant, as alleged above in this Complaint constitute contributory copyright infringement.

//

//

//

## THIRD CAUSE OF ACTION

### (Vicarious Copyright Infringement)

60.     Zynga repeats, realleges and incorporates each and every allegation of the foregoing paragraphs, as though fully set forth in this cause of action.

61.     Numerous individuals and entities directly infringed Plaintiff's copyrighted works.

62.     Defendant had the right and ability to control the infringing acts of the individuals or entities who directly infringed Plaintiff's works.

63.     Defendant obtained a direct financial benefit from the infringing activities of the individuals or entities who directly infringed Plaintiff's works.

64.     Defendant's acts of infringement have been intentional, willful, and purposeful, in disregard of and indifferent to the rights of Plaintiff.

65.     Defendant has unlawfully and wrongfully derived, and will continue to derive, income and profits from its infringing acts.

66.     Plaintiff has no adequate remedy at law.  The said conduct of Defendant has caused and, if not enjoined, will continue to cause irreparable damage to the rights of Plaintiff.  As a result of the Defendant's wrongful conduct, Plaintiff is entitled to injunctive relief and damages in an amount to be proven at trial.

67.     The acts and conduct of Defendant, as alleged above in this Complaint constitute vicarious copyright infringement

## FOURTH CAUSE OF ACTION

### (False Designation of Origin Regarding the Marks)

### (15 U.S.C. § 1125(a))

68.     Zynga repeats, realleges and incorporates each and every allegation of the foregoing paragraphs, as though fully set forth in this cause of action.

69.     Defendant's use of the Marks constitutes use of a false designation of origin or false and misleading representation in interstate commerce that wrongfully and falsely designates, describes and represents that Defendant's products and

CASE NO._____

-9-

COMPLAINT

1  services are connected, affiliated or associated with, or authorized by Zynga, and is

2  likely to cause confusion as to Defendant's affiliation, connection or association with

3  Zynga, or as to the origin, sponsorship, approval or authorization of Defendant's

4  products or services by Zynga in violation of 15 U.S.C. §1125(a).

5      70.    Defendant's conduct as alleged herein has been undertaken willfully and

6  maliciously, and with full knowledge and in conscious disregard of Zynga's rights.

7  Defendant's conduct has caused and will continue to cause Zynga irreparable harm for

8  which there is no adequate remedy at law, and is also causing damage to Zynga in an

9  amount which cannot be accurately computed at this time but will be proven at trial.

10                          **FIFTH CAUSE OF ACTION**

11                  **(California Statutory Unfair Competition)**

12        **(California Business and Professions Code § 17200, *et seq.*)**

13      71.    Zynga repeats, realleges and incorporates each and every allegation of the

14  foregoing paragraphs, as though fully set forth in this cause of action.

15      72.    This Court has jurisdiction over the subject matter of this claim pursuant

16  to the provisions of 28 U.S.C. § 1338(b), this being a claim of unfair competition

17  joined with a substantial and related claim under the Trademark Laws of the United

18  States, and under 28 U.S.C. § 1367.

19      73.    Defendant competes directly with Zynga by "selling" "Virtual Currency"

20  and "Virtual Goods" that are required to play the Games.

21      74.    Defendant is making unauthorized commercial use of the Marks in a

22  deliberate, willful, intentional and wrongful attempt to trade on Zynga's goodwill,

23  reputation and financial investments in the Marks.

24      75.    By reason of Defendant's conduct as alleged herein, Defendant has

25  engaged in unlawful, unfair and/or fraudulent ongoing business practices in violation

26  of California Business & Professions Code § 17200.

27      76.    As a direct result of Defendant's unfair competition with regard to the

28  Marks, Defendant has unlawfully acquired, and continues to acquire on an ongoing

CASE NO._____

- 10 -                    COMPLAINT

1 basis, an unfair competitive advantage and has engaged, and continues to engage in,

2 wrongful business conduct to Defendant's monetary advantage and to the detriment of

3 Zynga.

4    77.    Defendant's illegal and unfair business practices are continuing, and

5 injunctive relief pursuant to California Business and Professions Code § 17203 is

6 necessary to prevent and restrain further violations by Defendant.

7 ## SIXTH CAUSE OF ACTION

8 **(Common Law Trademark Infringement of the Marks)**

9    78.    Zynga repeats, realleges and incorporates each and every allegation of the

10 foregoing paragraphs, as though fully set forth in this cause of action.

11    79.    This Court has jurisdiction over the subject matter of this claim pursuant

12 to the provisions of 28 U.S.C. § 1338(b), this being a claim of infringement joined

13 with a substantial and related claim under the Trademark Laws of the United States,

14 and under 28 U.S.C. § 1367.

15    80.    Defendant's unauthorized use of the Marks constitutes trademark

16 infringement and is likely to cause confusion, deception and mistake among the

17 consuming public and trade as to the source of, and authorization for the products

18 and/or services sold and/or advertised by Defendant in violation of the common law of

19 the State of California.

20    81.    Defendant's conduct as alleged herein has been undertaken willfully and

21 maliciously, and with full knowledge and in conscious disregard of Zynga's rights.

22    82.    As well as harming the public, Defendant's conduct as alleged herein has

23 caused and will continue to cause Zynga irreparable harm for which there is no

24 adequate remedy at law, and is also causing damage to Zynga in an amount which

25 cannot be accurately computed at this time but will be proven at trial.

26 //

27 //

28 //

CASE NO._____

COMPLAINT

## SEVENTH CAUSE OF ACTION

### (California Common Law Passing Off and Unfair Competition)

83.     Zynga repeats, realleges and incorporates each and every allegation of the foregoing paragraphs, as though fully set forth in this cause of action.

84.     This Court has jurisdiction over the subject matter of this claim pursuant to the provisions of 28 U.S.C. § 1338(b), this being a claim of unfair competition joined with a substantial and related claim under the Trademark Laws of the United States, and under 28 U.S.C. § 1367.

85.     By virtue of its conduct as alleged herein, Defendant has engaged and is engaging in unfair competition and passing off under the common law of the State of California.

86.     As well as harming the public, Defendant's conduct as alleged herein has caused and will continue to cause Zynga irreparable harm for which there is no adequate remedy at law, and is also causing damage to Zynga in an amount which cannot be accurately computed at this time but will be proven at trial.

87.     Defendant's actions were undertaken intentionally to obtain an unfair advantage over Zynga and in conscious disregard of Zynga's rights, and were malicious, oppressive and/or fraudulent.  Zynga requests punitive or exemplary damages pursuant to California Civil Code § 3294(a) in an amount sufficient to punish and deter Defendant and to make an example of Defendant.

## EIGHTH CAUSE OF ACTION

### (Intentional Interference with Contractual Relations)

88.     Zynga repeats, realleges and incorporates each and every allegation of the foregoing paragraphs, as though fully set forth in this cause of action.

89.     This Court has jurisdiction over the subject matter of this claim pursuant to the provisions of 28 U.S.C. § 1367.

90.     Zynga has existing valid contracts with users of the Games.

CASE NO._____

COMPLAINT

91.     Zynga is informed and believes, and on that basis alleges, that Defendant has knowledge of those contracts, and that Defendant has acted intentionally to induce a breach or disruption of those contractual relationships by "selling" "Virtual Currency" and "Virtual Goods" for the Games without authorization, at prices that are substantially lower than the prices paid by users who obtain their "Virtual Currency" and "Virtual Goods" from Zynga, and by distributing "Virtual Goods" and "Virtual Goods" to users in a manner prohibited by the Terms of Service.

92.     Defendant's actions as alleged herein have caused actual disruption or breach of Zynga's contractual relationships with individual users.

93.     Defendant's conduct as alleged herein has caused and will continue to cause Zynga irreparable harm for which there is no adequate remedy at law, and is also causing damage to Zynga in an amount which cannot be accurately computed at this time but will be proven at trial.

## REQUEST FOR RELIEF

Zynga requests that this Court:

A.     Enter a permanent injunction enjoining Defendant and its officers, directors, agents, employees, representatives and all persons or entities acting in concert or participation with Defendant from accessing or using Zynga's computer servers, including without limitation the Games or any other games or applications that Zynga makes available, for any purpose whatsoever;

B.     Enter a permanent injunction enjoining Defendant and its officers, directors, agents, employees, representatives and all persons or entities acting in concert or participation with Defendant from infringing any of Zynga's trademarks, including without limitation using the Marks ZYNGA, MAFIA WARS, FARMVILLE, and YOVILLE and/or confusingly similar misspellings or variations thereof, alone or in combination with any other words or phrases, in a manner that is likely to cause confusion with respect to the Marks or with respect to Zynga's approval or authorization of Defendant's actions;

C.     Enter a permanent injunction enjoining Defendant and its officers, directors, agents, employees, representatives and all persons or entities acting in concert or participation with Defendant from accessing, playing, or otherwise participating in the Games, or in any other game or application that Zynga makes available;

D.     Enter a permanent injunction enjoining Defendant and its officers, directors, agents, employees, representatives and all persons or entities acting in concert or participation with Defendant from buying, selling, offering for sale, advertising, exchanging, trading or otherwise dealing in "Virtual Currency" and "Virtual Goods" for use in the Games, as well as any currency or items used in any game or application that Zynga makes available;

E.     Enter a permanent injunction enjoining Defendant and its officers, directors, agents, employees, representatives and all persons or entities acting in concert or participation with Defendant from aiding, abetting, contributing to, or otherwise assisting with or benefiting from buying, selling, offering for sale, advertising, exchanging, trading or otherwise dealing in "Virtual Currency" and "Virtual Goods" for use in the Games, as well as any currency or items used in any game or application that Zynga makes available;

F.     Enter a permanent injunction requiring Defendant and its officers, directors, agents, employees, representatives and all persons or entities acting in concert or participation with Defendant to immediately cease any conduct suggesting or tending to suggest that any products or services they advertise or offer for sale are directly or indirectly sponsored or approved by, or affiliated with Zynga;

G.     Enter a permanent injunction enjoining and restraining Defendant and its officers, directors, agents, employees, representatives and all persons or entities acting in concert or participation with Defendant, from aiding, abetting, contributing to, or otherwise assisting with or benefiting from using, displaying, exhibiting, reproducing, distributing, selling or offering for sale, any product or service featuring images and

1   code from the Zynga Poker, Mafia Wars and FarmVille computer files, without prior

2   authorization from Zynga;

3         H.     Enter a permanent injunction enjoining and restraining Defendant and its

4   officers, directors, agents, employees, representatives and all persons or entities acting

5   in concert or participation with Defendant, from using, displaying, exhibiting,

6   reproducing, distributing, selling or offering for sale, any product or service featuring

7   images and code from the Zynga Poker, Mafia Wars and FarmVille computer files,

8   without prior authorization from Zynga;

9         I.     Enter a permanent injunction enjoining and restraining Defendant and its

10  officers, directors, agents, employees, representatives and all persons or entities acting

11  in concert or participation with Defendant, from effecting assignments or transfers,

12  forming new entities or associations or utilizing any other device for the purpose of

13  circumventing or otherwise avoiding the prohibitions set forth in Requests for Relief

14  (A-H) above;

15        J.     Enter a finding that Defendant's actions were willful, deliberate, and

16  malicious;

17        K.     Enter a finding that Defendant's actions were malicious, oppressive

18  and/or fraudulent;

19        L.     Award Zynga damages in an amount to be proven at trial that will be

20  trebled pursuant to the applicable statute, as well as pre-judgment and post-judgment

21  interest;

22        M.     As to Plaintiff's claims for federal copyright infringement, that Plaintiff

23  be awarded damages for Defendant's copyright infringement as: (i) Defendant's

24  profits derived from its unlawful infringement of the Zynga Poker, Mafia Wars and

25  FarmVille computer files; or (ii) statutory damages for each act of infringement in an

26  amount provided by law, as set forth in 17 U.S.C. § 504, at Plaintiff's election before

27  the entry of a final judgment, together with prejudgment and post-judgment interest;

28

N.   Enter an order, pursuant to 15 U.S.C. § 1118 and other applicable law, directing Defendant to deliver for destruction all products in its possession or under its control that infringe Zynga's intellectual property rights;

O.   Award Zynga punitive damages in an amount sufficient to punish and deter Defendant;

P.   Enter an award of attorneys' fees and costs; and

Q.   Award any such other and further relief as this Court deems just and proper.

**PLAINTIFF ZYNGA HEREBY DEMANDS A TRIAL BY JURY.**

Dated:  April 8, 2010

By: _____
        Dennis L. Wilson
Keats McFarland & Wilson LLP
Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

CASE NO._____
**COMPLAINT**

- 16 -

1

## DEMAND FOR JURY TRIAL

2        Plaintiff Zynga Game Network Inc. hereby demands a trial by jury on all issues

3    for which a jury trial may be had.

4

5    Dated:  April 8, 2010                    Respectfully submitted,

6
                                             KEATS MCFARLAND & WILSON LLP
7

8
                                             By:_____
9
                                                 Dennis L. Wilson
10                                               Attorney for Plaintiff
                                                 ZYNGA GAME NETWORK INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

*Zynga Game Network Inc. v. Playerauctions.com*

Case No.



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Apr 7 04:03:55 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | | CURR LIST | | FIRST DOC | PREV DOC |
| NEXT DOC | LAST DOC |

**Logout**  Please logout when you are done to release system resources allocated for you.

**Start** List At: [   ] OR **Jump** to record: [   ] **Record 3 out of 4**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | ZYNGA |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable computer game software for use on wireless devices and computers. FIRST USE: 20070600. FIRST USE IN COMMERCE: 20070600 |
| | IC 041. US 100 101 107. G & S: Entertainment services, namely, providing on-line computer games. FIRST USE: 20070600. FIRST USE IN COMMERCE: 20070600 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.01.07 - Dogs displayed in silhouettes or as shadows |
| **Trademark Search Facility Classification Code** | GROT-ANI Exaggerated depiction of an animal |
| **Serial Number** | 77684104 |
| **Filing Date** | March 5, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 7, 2009 |
| **Registration Number** | 3685749 |
| **International Registration Number** | 1014571 |
| **Registration Date** | September 22, 2009 |
| **Owner** | (REGISTRANT) Zynga Game Network Inc. CORPORATION DELAWARE 365 Vermont Street San Francisco CALIFORNIA 94103 |
| **Attorney of Record** | John M. Kim |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a dog next to ZYNGA. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | | CURR LIST | | FIRST DOC | PREV DOC |
| NEXT DOC | LAST DOC |

# Exhibit 2

*Zynga Game Network Inc. v. Playerauctions.com*

Case No.

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0001649268 / 2008-10-01

Application Title: Zynga Texas Hold Em.

Title:               Zynga Texas Hold Em.

Description:         Electronic file (eService)

Copyright Claimant:
                     Zynga Networks, Inc.

Date of Creation:  2007

Date of Publication:
                     2007-09-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Zynga Networks, Inc., employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship: 2-D
                          artwork, text.

Pre-existing Material:
                     2-D artwork, text.

Basis of Claim:      2-D artwork, text.

Names:               Zynga Networks, Inc.

================================================================================
===


++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000
```

EXHIBIT _2_

PAGE _19_

# Exhibit 3

*Zynga Game Network Inc. v. Playerauctions.com*

Case No.

Type of Work:        Computer File

Registration Number / Date:
                     TXu001611885 / 2009-08-20

Application Title: Texas Hold 'Em Software.

Title:               [No title on deposit.]

Description:         Computer Code.

Copyright Claimant:
                     Zynga Game Network Inc.

Date of Creation: 2009

Authorship on Application:
                     Zynga Game Network Inc., employer for hire; Domicile:
                         United States. Authorship: computer program.

Previous Registration:
                     2008, VA 1-649-268.

Pre-existing Material:
                     Two Dimensional Artwork in Reg. No. VA 1-649-268;  No
claim
                         is made to approximately 10% of software licensed to
                         claimant by e-Channel Networks, Inc.

Basis of Claim:      computer software.

Names:               Zynga Game Network Inc.

================================================================================
===


++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

EXHIBIT   3
PAGE      20

# Exhibit 4

*Zynga Game Network Inc. v. Playerauctions.com*

Case No.

Type of Work:        Computer File

Registration Number / Date:
                     TX0006911230 / 2009-04-09

Application Title: Mafia Wars.

Title:               [No title on deposit]

Description:         Electronic file (eService)

Copyright Claimant:
                     Zynga Game Network Inc.

Date of Creation:  2009

Date of Publication:
                     2009-02-10

Nation of First Publication:
                     United States

Authorship on Application:
                     Zynga Game Network Inc., employer for hire; Domicile:
                         United States; Citizenship: United States. Authorship:
                         computer program.

Alternative Title on Application:
                     Dope Wars

Copyright Note:    C.O. correspondence.

Names:             Zynga Game Network Inc.

=============================================================================
===


++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

EXHIBIT ___4___
PAGE ___21___

```
Type of Work:        Computer File

Registration Number / Date:
                     TXu001610517 / 2009-08-06

Application Title: Farmville.

Title:               Farmville.

Description:         Electronic file (eService)

Copyright Claimant:
                     Zynga Game Network Inc., Transfer: By written agreement.

Date of Creation:  2009

Authorship on Application:
                     Zynga Game Network Inc., employer for hire; Domicile:
                        United States; Citizenship: United States. Authorship:
                        computer program.
                     MyMiniLife, Inc. (author of anonymous contribution),
                        employer for hire; Domicile: United States;
Citizenship:
                        United States. Authorship: computer program.

Names:               Zynga Game Network Inc.
                     MyMiniLife, Inc.
```

================================================================================
===


```
++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000
```

EXHIBIT   5
PAGE   22

# Exhibit 6

*Zynga Game Network Inc. v. Playerauctions.com*

Case No.

```
Type of Work:        Computer File

Registration Number / Date:
                     TX0006960171 / 2009-08-10

Application Title: FarmVille HTML Software.

Title:               FarmVille HTML Software.

Description:         Print Material.

Copyright Claimant:
                     Zynga Game Network Inc.

Date of Creation:  2009

Date of Publication:
                     2009-06-19

Nation of First Publication:
                     United States

Authorship on Application:
                     Zynga Game Network Inc., employer for hire; Domicile:
                        United States; Citizenship: United States. Authorship:
                        computer program.

Pre-existing Material:
                     computer program, "Original MyMiniLife HTML Software"
                        (rights transferred to claimant)

Basis of Claim:    computer program, Modification of existing software and
                        addition of new software.

Copyright Note:    C.O. correspondence.

Names:               Zynga Game Network Inc.

================================================================================
===


++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000
```

EXHIBIT     6
PAGE     23

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Consuelo B. Marshall and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV10- 2576 CBM (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

# ORIGINAL

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| ZYNGA GAME NETWORK INC., <br> a Delaware corporation, <br> *Plaintiff* <br> v. <br> PLAYERAUCTIONS.COM, <br> an unknown business entity, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> $CV$ 10-2576 CBM (JCx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PLAYERAUCTIONS.COM
11301 W. Olympic Blvd., Suite 337
Los Angeles, CA 90064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Dennis L. Wilson, Esq.,
> KEATS McFARLAND & WILSON LLP,
> 9720 Wilshire Boulevard, Penthouse Suite,
> Beverly Hills, California  90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04-08-10

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| ZYNGA GAME NETWORK, a Delaware Corporation | PLAYERAUCTIONS.COM, an unknown business entity |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Keats McFarland & Wilson LLP (SEE ATTACHED ATTORNEYS LIST)<br>9720 Wilshire Boulevard, Penthouse Suite<br>Beverly Hills, California 90212 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No          ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Federal copyright infringement (17 U.S.C. § 501); False designation of origin in violation of federal Lanham Act (15 U.S.C. § 1125(a))

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: _CV 10-2576_

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | ZYNGA GAME NETWORK INC., San Francisco County |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| PLAYERAUCTIONS.COM, Los Angeles County | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | San Francisco County |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  April 8, 2010

   Notice to Counsel/Parties:   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
   or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
   but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**Zynga Game Network Inc. v. PlayerAuctions.com**
**USDC, Central District of California, Western Division**
**Case No.:** _____

## Civil Cover Sheet Attachment
## Attorneys List

**Dennis L. Wilson (Bar No. 155407)**
E-Mail: dwilson@kmwlaw.com

**David K. Caplan (Bar No. 181174)**
E-Mail: dcaplan@kmwlaw.com

**Tara D. Rose (Bar No. 256079)**
E-Mail: trose@kmwlaw.com

KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363